# EXHIBIT B-7



22130 Merchants Way, Suite 150
Katy, TX 77449

TOLL-FREE 888.782.3473
envistaforensics.com

# REPORT OF FINDINGS

## LARRY BARRON

Ameritrust Group Inc. Claim No: 01101303
Crawford & Company Claim No: 3737707
Envista Matter No: MAT-123383-T7Z7
REPORT DATE: May 15, 2021



5/15/2021

Prepared For:
Ameritrust Group Inc.
c/o Ms. Liz Randolph
Crawford & Company
2920 Kilgore Road, Suite 105
Rancho Cordova, CA 95670
Lizabeth.Randolph@us.crawco.com

CERTAINTY IN AN UNCERTAIN WORLD

Envista Forensics, LLC | TX Firm Registration # F-19410 | NC Firm Registration # C-2837

CENTURY0000013

CENTURY MSJ 000169



## BACKGROUND

On April 20, 2021, Dashaun Milling, P.E. with Envista Forensics, LLC (Envista) performed an inspection at a property owned by Mr. Larry Barron located at 14902 FM 1663 in Winnie, Texas. Reportedly, multiple metal roofing panels that were located across metal pavilion structures 1 and 4 and Larry's Antique Mall were damaged by accumulated snow and/or ice during a winter storm event on or around February 17, 2021. A historical aerial image of the property is shown below (the area shaded in red represents the approximate locations of pavilions 1 and 4 and Larry's Antique Mall):



## PURPOSE

Ameritrust Group Inc. c/o Crawford & Company retained Envista to determine the cause(s) of the reported metal roofing damage.

## CONCLUSION

The observed metal roof panel indentations were not caused by the reported winter storm event. Rather, the indentations were consistent with damage caused by foot traffic.

## DOCUMENTS

The following documents and materials, or parts contained therein, were reviewed, referenced, and/or provided as part of this investigation, and/or contain information pertinent to the discussion and conclusions presented herein:

1. Chambers County, Texas website, URL: co.chambers.tx.us/.
2. Storm Prediction Center search provided by NOAA's National Weather Service, URL: spc.noaa.gov/exper/reports/.
3. Local Storm Report App search provided by NOAA's National Weather Service, URL: nwschat.weather.gov/lsr/.
4. Preliminary Monthly Climate Data search provided by NOAA's National Weather Service Weather Forecast Office for Houston/Galveston, Texas, URL: w2.weather.gov/climate/index.php?wfo=hgx.

CENTURY0000014

CENTURY MSJ 000170



5. Preliminary Monthly Climate Data search provided by NOAA's National Weather Service Weather Forecast Office for Lake Charles, Louisiana, URL: w2.weather.gov/climate/index.php?wfo=lch.
6. *2015 International Building Code* (IBC), International Code Council, Washington, D.C.
7. *Forensic Engineering: Damage Assessments for Residential and Commercial Structures* authored by Stephen E. Petty, et al. (c. 2013).
8. ASTM E620 *Standard Practice for Reporting Opinions of Scientific or Technical Experts* (multiple editions), American Society of Testing and Materials, West Conshohocken, PA.
9. ASTM E678 *Standard Practice for Evaluation of Scientific or Technical Data* (multiple editions), American Society of Testing and Materials, West Conshohocken, PA.
10. Photographs provided by Mr. Larry Barron (dated March 25, 2021).
11. EagleView CONNECTExplorer online photography; URL: explorer.eagleview.com.
12. Google Earth and Google Street View online photography.

**PROVIDED INFORMATION**

During the inspection, Mr. Barron was interviewed. As follows is a general understanding of his comments:

- Mr. Barron has owned the property since 2005.
- The metal roof panels located across pavilions 1 and 4 and Larry's Antique Mall were replaced following Hurricane Rita. Oversized screws were used in numerous locations as an upgrade.
- Concave depressions in the metal roof panels were observed in numerous locations at Pavilion 1 following the winter storm event.
- Gutters that were located along the edges of the roof were filled with ice and snow.

**WEATHER DATA**

Site-specific weather data was not available at the time of preparation of this report of findings. Historical weather data was collected from several NOAA National Weather Service (NWS) sources regarding the reported winter storm event. Review of the data revealed that numerous reports of snow, freezing rain, sleet, ice, and/or extreme cold were made across the state of Texas between February 14 and 17, 2021, consistent with reports that snow and/or ice had been observed at the property. The referenced weather data is retained in Envista's file and is available upon request.

**DISCUSSION**

At the time of Envista's inspection, no repairs had been made to the metal roof panels that were associated with the reported winter storm event. The metal roof panels were supported by light-gauge "Z" shaped metal purlins that were supported by steel frames. Random measurements revealed that the thickness of the panels was 24 gauge. The panels that had reportedly been damaged during the winter storm event were located across pavilions 1 and 4 and Larry's Antique Mall. The pavilions and the antique mall formed one interconnected structure that spanned approximately 700 feet in length (east to west).

During the inspection, multiple depressions were observed in metal roof panels that were located across pavilion 1 and the antique mall; similar depressions were not observed at pavilion 4. In total, approximately 54 panels were observed across north-facing roof facets and approximately 74 panels were observed across south-facing roof facets that contained the aforementioned depressions. Many of the depressions had been highlighted by others prior to Envista's inspection. The depressions were visible at locations where the surfaces of the panels were bare, as well as at locations that had been covered by paint/sealant. The depressions were visible within the taller (i.e., 1.25 inch) ribs of the panels,

CENTURY0000015



and were generally observed within edge spans (i.e., spans located adjacent to the gutters). The panel spans varied in length across the roof; however, panel edge spans of approximately 5 feet in length were observed at pavilion 1 and the antique mall.

As noted by Mr. Barron, the randomly dispersed depressions were generally concave in profile (as viewed looking down at the top of the metal panels) and were not continuous across the width of the panels, as would be expected across panels that have yielded due to excessive gravity (e.g., self-weight) loads. The localized depressions were consistent with mechanically-induced indentations caused by the application of concentrated downward forces on the panel ribs. Mechanical damage is generally characterized as tears, abrasions, deformations, etc. that are attributable to sources other than the weather, material defects, or natural wear.

Based on the preceding, Envista offers the following conclusion regarding the cause(s) of the observed metal roof panel damage: *the observed metal roof panel indentations were not caused by the reported winter storm event. Rather, the indentations were consistent with damage caused by foot traffic.*

**CLOSURE**

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information. The electronic version of this report is a convenience copy. An original signed and sealed copy can be provided upon request.

Envista Forensics

Dashaun M. Milling, M.S., P.E.
Senior Project Engineer

Van E. Fisher, P.E.
Technical Director—Civil/Structural

Attachment A, Photographs

CENTURY0000016

CENTURY MSJ 000172



## ATTACHMENT A

## Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.

CENTURY0000017

CENTURY MSJ 000173



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

Photograph #1



**View along the north side of Pavilion 1.**

Photograph #2



**View of metal roof panels at the north edge span of Pavilion 1. Multiple indentations were observed across the panels**

CENTURY0000018

CENTURY MSJ 000174



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

**Photograph #3**



**Close-up of indentations noted in the previous photograph.**

**Photograph #4**



**Typical view of undeformed metal roof purlins supporting the metal roof panels.**

CENTURY0000019

CENTURY MSJ 000175



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

Photograph #5



**Overview of metal roof panels located across the north-facing roof facet of Pavilion 1.**

Photograph #6



**Indentations (arrows) located on a metal roof panel noted in the previous photograph.**

CENTURY0000020

CENTURY MSJ 000176



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

Photograph #7



**Close-up of an indentation noted in the previous photograph.**

Photograph #8



**Indentations (arrows) located on a metal roof panel noted in Photograph #5.**

CENTURY0000021

CENTURY MSJ 000177



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

**Photograph #9**



**Close-up of an indentation noted in the previous photograph.**

**Photograph #10**



**Indentations (arrows) located on a metal roof panel noted in Photograph #5.**

CENTURY0000022

CENTURY MSJ 000178



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

Photograph #11



**Close-up of an indentation noted in the previous photograph.**

Photograph #12



**Metal roof panels located across the south-facing roof facet of Pavilion 1.**

CENTURY0000023

CENTURY MSJ 000179



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

Photograph #13



**Indentations (arrows) located on a metal roof panel noted in the previous photograph.**

Photograph #14



**Close-up of an indentation noted in the previous photograph.**

CENTURY0000024

CENTURY MSJ 000180



**Insured:** Larry Barron
**Location:** 14902 FM 1663, Winnie, TX

**Envista Matter No:** MAT-123383-T7Z7
**Client Claim/File:** 01101303

**Photograph #15**



**Metal roof panels located across the south-facing roof facet of Pavilion 1. Multiple indentations were highlighted by others.**

**Photograph #16**



**Close-up of an indentation noted in the previous photograph.**

CENTURY MSJ 000181

CENTURY0000025



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

**Photograph #17**



**Indentations (arrows) located on metal roof panels on the south-facing roof facet of Pavilion 1.**

**Photograph #18**



**Close-up of the indentation noted by the red arrow in the previous photograph. Breaches were visible at the indentation.**

CENTURY0000026

CENTURY MSJ 000182



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

Photograph #19



**Close-up of a breach noted in the previous photograph.**

Photograph #20



**Indentation (arrow) located on a metal roof panel on the south-facing roof facet of Pavilion 1.**

CENTURY0000027

CENTURY MSJ 000183



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

**Photograph #21**



**Close-up of the indentation noted in the previous photograph. Note the aged sealant on the indentation.**

**Photograph #22**



**Indentations (arrows) located on metal roof panels on the north-facing roof facet of Larry's Antique Mall.**

CENTURY0000028

CENTURY MSJ 000184



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

Photograph #23



**Close-up of the indentation noted by the red arrow in the previous photograph. Note the aged sealant on the indentation.**

Photograph #24



**View at the west end of Pavilion 4.**

CENTURY0000029

CENTURY MSJ 000185



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

Photograph #25



**Typical view of metal roof panels at Pavilion 4. No indentations were observed.**

Photograph #26



**Overview of metal roof panels located across Pavilion 4.**

CENTURY0000030

CENTURY MSJ 000186



**Insured: Larry Barron**
**Location: 14902 FM 1663, Winnie, TX**

**Envista Matter No: MAT-123383-T7Z7**
**Client Claim/File: 01101303**

**Photograph #27**



**Typical view of metal roof panels at the north edge span of Pavilion 4. No indentations were observed.**

CENTURY0000031

CENTURY MSJ 000187