# EXHIBIT B-9

     

June 16, 2021

Regular Mail and email via LjBarron49@gmail.com

Larry Barron
DBA Larry's Old Time Trade Days
PO Box 694
Winnie, TX 77665

RE:    Insured:        Larry Barron DBA Larry's Old Time Trade Days
       Policy No.:     CCP 929367
       Date of Loss:  February 17, 2021
       **Claim No.:**     **01101303**

### Partial Declination of Coverage/Settlement Letter

Dear Mr. Barron:

I am a Senior Claims Representative with Meadowbrook Inc. assigned to oversee the above claim on behalf of Century Surety Company. You reported a claim on February 25, 2021 for freeze and water damage, and potential roof damage, with a reported date of loss of February 17, 2021. The loss occurred at 14902 FM 1663, Winnie, TX, 77665. We retained the services of Joe Schaub with Crawford & Company to assist us with the investigation of this claim and we are guided by the information presented to us.

Our investigation confirmed that the loss was the result of freeze damages to the domestic plumbing lines, with resulting water damages to the building. Your contractor also indicated the damages to the metal roofing structure may be related to the weight of ice and snow during the storm.

An engineer, Dashaun Milling of Envista Forensics, was retained to evaluate the damage to the roof. His report concluded, in part:

> *"The observed metal roof panel indentations were not caused by the reported winter storm event. Rather, the indentations were consistent with damage caused by foot traffic."*

A full copy of the engineer's report was provided to you via email on May 26, 2021.

Based on our investigation and conclusions of the cause of damage, we must respectfully decline coverage for the damages to the water lines and the roof. These items are excluded under the policy.

Your policy contains the CP1030 (09/17), Cause of Loss - Special Form which reads in pertinent part:

*A.    Covered Causes Of Loss*

> *When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in the policy.*

**Shauna Andrews**
**Senior Claims Representative**
**Shauna.Andrews@ameritrustgroup.com**
**Mailing Address:  P.O. Box 219559 Kansas City, MO 64121-9559**
**Direct Line: 281-465-7560 Fax: 614-895-7040**

CENTURY0000032

CENTURY MSJ 000211

**B.    Exclusions**

    **2.**    *We will not pay for loss or damage caused by or resulting from any of the following:*

        **g.**    *Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:*

        *(1) You do your best to maintain heat in the building or structure; or*
        *(2) You drain the equipment and shut off the supply if the heat is not maintained.*

    **3.**    *We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.*

        *c. Faulty, inadequate or defective:*
        *(1) Planning, zoning, development, surveying, siting;*
        *(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;*
        *(3) Materials used in repair, construction, renovation or remodeling; or*
        *(4) Maintenance;*
    *of part or all of any property on or off the described premises.*

**C.    Limitations**

    *The following limitations apply to all policy forms and endorsements, unless otherwise stated:*

    **4.**    *We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:*

        **a.**    *Results in discharge of any substance from an automatic fire protection system; or*
        **b.**    *Is directly caused by freezing.*

Your policy provides coverage for direct physical loss or damage to covered property caused by a covered cause of loss. The language cited above indicates that repairs to any pipe or system where water escapes, unless it is part of a fire protection system, are excluded, therefore we respectfully decline payment for the costs incurred for these items.

There are also exclusions for faulty and inadequate design, workmanship, repairs or maintenance as noted above in **B.3.c.** Based on our investigation and conclusions of the cause of damage in the engineering report, the damages found to the roof were consistent with damage caused by foot traffic and not caused by the weight of ice or snow. In addition, defective workmanship and maintenance are excluded causes of loss as listed above in the policy. As such, there is no coverage for the roof damages.

There may be other reasons why coverage is limited or precluded. We do not waive our right to disclaim coverage for any other valid reason which may arise. Nothing herein constitutes, nor should it be construed by you as a waiver of any rights or defenses of the Century Surety Company policy of insurance or is the purpose of this letter to waive any other policy terms and/or conditions which are specifically reserved.

CENTURY0000033

If you are aware of any facts or legal authority which you believe would be controlling of coverage issues, or if you have any other information that you believe is relevant to the coverage determination outlined her ein, please provide the same to the undersigned. Century Surety Company remains willing to review any new facts which may affect coverage determination stated herein.

Although there is no coverage for the costs to repair the water lines or the roof damage, your policy affords coverage for the water damage to the building resulting from this incident. At this time, we are issuing a settlement check for the covered damages based on the enclosed repair estimate and statement of loss prepared by Crawford as outlined below:

<u>Summary for Prem 1 Bldg No 1</u>
Replacement Cost Value $6,141.49
Less Deductible (2,500.00)
Net Claim $3,641.49

<u>Summary for Prem 1 Bldg No 10</u>
Replacement Cost Value $4,050.29
Less Deductible (2,500.00)
Net Claim $1,550.29

**Total Net Payment: $5,191.78**

As all covered damages have now been addressed, we are suspending our file handling activities at this time. Please let me know if you have any questions.

Sincerely,

**CENTURY SURETY COMPANY**

Shauna Andrews
Senior Claims Representative

CC:  Fincannon Insurance Agency / 321 Hwy 124, P.O. Drawer S, Winnie, TX 77665 / Fincannon@windstream.net (via email)

| WARNING |
| --- |
| "Any person who knowingly and with intent to defraud any insurance company files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties." |
| Revised 01/2013 |

CENTURY0000034