# EXHIBIT B-12

# BARRON dba LARRY'S OLD TIME TRADE DAYS
## (WINTER STORM)
### 14902 FM 1663
### WINNIE, TX 77665

# STRUCTURAL ASSESSEMENT

Crawford & Company File No.: 3737707
AmeriTrust Group, Inc. Claim No.: 01101303
MKA Project No.: 2022.0396

March 9, 2022

## Prepared For:

MR. JOSEPH SCHAUB, CPCU, AIC, AINS, PTC 1
**CRAWFORD & COMPANY**
2401 W. Peoria Avenue, Suite 250
Phoenix, AZ 85029-4790

## Prepared By:

MR. PATRICK J. FECKE, PE, SE
**MKA INTERNATIONAL, INC.**
650 Poydras Street, Suite 1150
New Orleans, LA 70130
(504) 274-0060
www.mkainc.com

*Copyright 2022. Unauthorized reproduction of this report is prohibited.*

ATLANTA :: AUSTIN :: BOISE :: CHICAGO :: COLUMBUS :: DALLAS :: DENVER :: HOUSTON :: LAS VEGAS :: LOS ANGELES :: MIAMI :: NEW ORLEANS :: ORLANDO
PENSACOLA :: PHOENIX :: PORTLAND :: PRINCETON :: SACRAMENTO :: SAN DIEGO :: SAN FRANCISCO :: SEATTLE :: SPOKANE :: TAMPA

OUR RESOURCES

BUILDING TECHNOLOGY & ENGINEERING

CONSTRUCTION CONSULTING

CONSTRUCTION COST ESTIMATING

CONSTRUCTION MANAGEMENT

DATA MANAGEMENT & DOCUMENT CONTROL

FIRE & ELECTRICAL FORENSICS

GEOTECHNICAL ENGINEERING & APPLIED GEOLOGY

MECHANICAL, ELECTRICAL & PLUMBING (MEP) CONSULTING

PROJECT SCHEDULING & SCHEDULE DELAY ANALYSIS

RESTORATION CONSULTING

ROOF CONSULTING

OUR SERVICE SOLUTIONS

CONSTRUCTION DEFECTS CONSULTING

CONTRACT DISPUTES & SURETY CLAIMS CONSULTING

PROPERTY LOSS & BUILDER'S RISK CLAIMS CONSULTING

CENTURY0000169
CENTURY MSJ 000221

# TABLE OF CONTENTS

**I.    STRUCTURAL ASSESSMENT, DATED MARCH 9, 2022**

**II.   EXHIBITS**

       A.   WEATHER DATA
       B.   AERIAL IMAGERY

**III.  PHOTOGRAPHS**

CENTURY0000170

CENTURY MSJ 000222

# I. STRUCTURAL ASSESSMENT, DATED MARCH 9, 2022



CENTURY0000171

CENTURY MSJ 000223

# MKA International, Inc.

**Construction Consultants & Engineers**

100% Employee Owned Company

March 9, 2022

Sent via email to: joseph_schaub@us.crawco.com

MR. JOSEPH SCHAUB, CPCU, AIC, AINS, PTC 1
**CRAWFORD & COMPANY**
2401 W. Peoria Avenue, Suite 250
Phoenix, AZ 85029-4790

RE: **BARRON DBA LARRY'S OLD TIME TRADE DAYS (WINTER STORM)**
**CRAWFORD & COMPANY FILE NO.: 3737707**
**INSURED: BARRON DBA LARRY'S OLD TIME TRADE DAYS**
**DATE OF LOSS: FEBRUARY 17, 2021**
**AMERITRUST GROUP, INC. CLAIM NO.: 01101303**
**MKA PROJECT NO.: 2022.0396**
**STRUCTURAL ASSESSMENT**

Dear Mr. Schaub:

In response to your request, *MKA International, Inc.* (*MKA*) has performed an evaluation of claimed damage to the Larry's Old Time Trade Days site located at 14902 FM 1663 in Winnie, Texas. The purpose of this evaluation was to determine the cause and extent of damage that reportedly occurred on February 17, 2021 as a result of a snow and ice storm.

Our findings in this letter are based on the following:

- Site visit performed on February 18, 2022 to inspect reported damage. The investigation was of a visual nature only and no destructive testing was undertaken.

- Review of available weather data *(Refer to Exhibit A)*.

- Review of historical aerial and street level images *(Refer to Exhibit B)*.

## Event Background

On the dates surrounding February 18, 2021, a snow and ice storm with unusually cold temperatures struck much of the south central United States including the town of Winnie, Texas.

CENTURY0000172
CENTURY MSJ 000224



The snow and ice as well as the unusually cold temperatures caused widespread damage to several structures.

As a result of this event, damage was reported to the subject building. MKA was asked to perform the following activities:

- Document the condition of the building and determine the cause and extent of structural damage.

### Weather Background

Weather information was obtained from a quality controlled service offered by the National Operational Hydrologic Remote Sensing Center (NOHRSC) of the National Oceanic and Atmospheric Administration (NOAA). The nearest NOAA weather stations with NOHRSC data are located at the HILT2 – High Island station and the BAGT2 – Research Station. These stations are located a distance of approximately 11.4 miles southwest and 17.1 miles northeast of the subject building respectively. Summary weather data at these stations for February 14, 2021 through February 20, 2021 is presented in *Exhibit A*. The weather summary contains the following pertinent information:

- From the dates of February 14 through February 20, 2021, the Snow Water Equivalent was measured to be .36 inches at the High Island Station.

- From the dates of February 14 through February 20, 2021, the Snow Water Equivalent was measured to be .60 inches at the BAGT2 Research Station.

### Property Description

The subject building is an open pre-engineered metal building serving as a cover for an open air market. Based on historic aerial photographs, the eastern portion of the structure appears to have been built between 1985 and 1995 with additions and alterations being made to the west since 1995. The building has a measured footprint of approximately 53,000 square feet. For the purpose of this report, the structure is bordered to the east by Farm to Market Road 1663 *(Refer to Photograph 1)*.

CENTURY0000173


CENTURY MSJ 000225

The construction of the building consists of the following:

- The roof is framed using cold formed metal "zee" purlins spaced at 5'-0" o.c. supporting R-Panel metal roofing *(Refer to Photographs 2-3)*.

- The "zee" purlins span approximately 20'-0" between tapered built-up plate portal frames *(Refer to Photograph 4)*.

- The built-up plate portal frames span approximately 44'-0" with no interior columns. The center of the portal frame consists of an end plate bolted moment connection. Approximately 5'-0" wide overhangs are present at the eaves of the portal frames formed by a cantilevered beam at each portal frame *(Refer to Photographs 5-6)*.

- Several standalone buildings have been constructed under the open air structure *(Refer to Photograph 7)*.

- The foundation and floor system are integrated and consists of a concrete slab on grade with turned down edges and footings at the tapered portal frame columns *(Refer to Photograph 8)*.

**Site Observations**

The following is a summary of observations made during the site visit:

- The metal R-Panel roof consists of roofing of different ages and conditions indicating spot replacement of panels throughout the roof surface *(Refer to Photograph 9)*.

- Elastomeric coating was applied in strips over the rows of fasteners over the eastern portion of the roof *(Refer to Photographs 10-11)*.

- Aged mastic repairs and replacement fasteners were observed over the eastern portions of the roofing *(Refer to Photograph 12)*.

- The western portion of the roof appears to be of the newest condition and lacks the widespread replacement panels, elastomeric coating, and aged mastic repairs *(Refer to Photograph 13)*.

- No evidence of generalized displacement, deformation, warping, or kinking due to weight or uplift was observed at any portion of the metal roofing *(Refer to Photograph 14)*.



CENTURY0000174

CENTURY MSJ 000226

- The "zee" purlins supporting the metal roofing appeared to be in good condition and lacked any evidence of structural impairment such as warping or deformation due to excessive weight or uplift *(Refer to Photographs 15-16)*.

- No evidence of structural impairment such as warping, deformation, or excessive deflection was observed in the built-up steel portal frames *(Refer to Photographs 17)*.

## Historic Aerial Photograph Review

Historic aerial photographs of the subject structure were analyzed in an attempt to determine the condition of the roofing prior to the date of loss. The following was determined:

- Strips of white elastomeric coating following the seams between the metal panel roofing and fasteners on the eastern portion of the roof existed since at least January of 2018 *(Refer to Exhibit B)*.

- Roof panels of differing condition and age were present over the eastern portion of the roof since at least February of 2013 *(Refer to Exhibit B)*.

## Analysis

All structures are engineered and designed to resist vertical or gravity loads. Vertical loads are characterized by two primary types; live loads and dead loads. Live loads are dynamic and transient loads that typically refer to loads that arise from people, furniture, and other objects placed on a floor that are not physically attached to the structure. In the case of roofs, snow and ice are live loads also considered in addition to the aforementioned live loads. Dead loads are permanent static loads defined by the self-weight of the components of the structure and things permanently attached to it. Vertical loads are transferred via rafters, joists, and beams into columns or walls that in turn transfer these vertical loads into the foundation of a structure and ultimately into the earth.

Dead and live loads are considered to act simultaneously in different combinations in order to create an expected worst case loading that a structure is then designed to resist. When considering snow loads, the geographic location of the property determines the load that is contributed via snow. The geographic location of the subject structure indicates that additional loading via snow is not required to be considered, and thus only the dead load and roof live loads need be considered when designing the structure. The code prescribed roof live load for the subject structure is 20 pounds per

CENTURY0000175



square foot (psf) according to the International Building Code 2015 (IBC 2015). This roof live load is allowed to be reduced in certain instances according the IBC 2015.

Snow water equivalent is a measure of the amount of water present in the snowfall in a given area. This equivalency is determined as if a given depth of snow were melted, what would the resulting depth of the water be. This measure is useful as it removes the consideration for the density or packing of the snow to determine the weight of the snow.

## Conclusion

Based on our direct observations and analysis of the available weather data, the subject building's roofing and underlying structure were not impaired or compromised by the snow, ice, or temperatures experienced on or surrounding the date of loss. The roofing at the subject building was not deformed, displaced, or otherwise impaired by the snow and ice associated with the weather surrounding the dates of loss. Excessive weight due to snow and ice would create permanent deformation or sagging/deflection of the roofing which was not observed. Similarly, permanent deformation or sagging/deflection of the purlins and/or portal frames would be observed if excessive weight due to the snow and ice were experienced, yet none was observed. Based on our historic aerial photography analysis, the elastomeric coating applied in strips over the rows of fasteners and at the panel seams was present since at least January of 2018, indicating that this was not a repair in response to the snow and ice event. Furthermore, the patching in of new roof panels and the use of panels of differing age and condition has been present since at least February of 2013, also indicating that this is not a repair in response to the snow and ice event.

Additionally, the available weather data in the vicinity of the subject building indicates that the amount of snow and ice was not sufficient to overload and impair the roofing and/or structure. The weight of the R-Panel metal roofing and its attached fasteners, sealant strips, and other components comprising the dead load can be assumed to be approximately 4 psf. The IBC 2015 allows for the reduction of the prescribed 20 psf roof live load to 12 psf for the portal frames only. According to the IBC 2015 the "zee" purlins must still support prescribed 20 psf roof live load. Based on the load combinations required by the IBC 2015, the worst case vertical load combination for the subject structure would be a combination of the full dead and required roof live loads, meaning, the purlins must support 24 psf total load and the portal frames would be required to support 16 psf.

The weather data analyzed for the dates surrounding the date of loss indicates that the maximum snow water equivalent present in the vicinity of the subject structure was between 0.36" and 0.60". This snow water equivalent in the vicinity of the subject structure translates to a weight of between approximately 2.1 psf and 3.1 psf. This range of snow loading is far below the required live load capacity of the both the purlins and the portal frames, and as no live load was present on the roof


CENTURY0000176

CENTURY MSJ 000228


during the dates of loss the structure was only supporting a maximum of approximately 7.1 psf total. This means both the roofing, purlins, and portal frames had plenty of capacity to support the snow present on the date of loss.

### Limitations

This report has been prepared for Crawford & Company as per the assignment in our letter of engagement and can be distributed as they deem fit.

Our findings in this report are limited to visual observations of areas of reported damage as articulated to MKA as well as information identified in the beginning of this report. If any additional information is provided to MKA after the issuance of this report, we reserve the right to review such information and, if necessary, modify our opinions accordingly. No warranty, either expressed or implied, is given about the general or specific condition of the property as it affects the owner or prospective future owner.

Reliance upon information, observations or findings contained in this report should not be made by any party except the intended recipients.

Please do not hesitate to call, if you have any questions regarding the above.

Sincerely,

**MKA International, Inc.**



Patrick J. Fecke, PE, SE
State of Texas Engineer License Number: 120766

PJF/hpb



# II. EXHIBITS

CENTURY0000178

CENTURY MSJ 000230



# EXHIBIT A

# WEATHER DATA

MKA International, Inc.  
Barron dba Larry's Old Time Trade Days (Winter Storm)

March 9, 2022  
MKA Project No.: 2022.0396

CENTURY0000179

CENTURY MSJ 000231



Map showing distance between High Island and BAGT2 Weather Stations and subject site.

CENTURY0000180

CENTURY MSJ 000232



Graph showing maximum Snow Water Equivalent at High Island Weather Station February 14, 2021 through February 20, 2021.

CENTURY MSJ 000233

CENTURY0000181



Graph showing maximum Snow Water Equivalent at BAGT2 Research Station Weather Station February 14, 2021 through February 20, 2021.

CENTURY0000182

CENTURY MSJ 000234

# Exhibit B

# Aerial Imagery

CENTURY0000183

CENTURY MSJ 000235



Aerial view of the subject building obtained from *Google Earth* taken in February of 2013. Note the roof panels of differing age at the eastern end of the structure as indicated by the red arrows.

CENTURY0000184

CENTURY MSJ 000236



Aerial view of the subject building obtained from *Google Earth* taken in January of 2018. Note the areas of paint/coating applied to the seams and rows of fasteners indicated by the red arrows.

CENTURY MSJ 000237

CENTURY0000185

# III. PHOTOGRAPHS

CENTURY0000186

CENTURY MSJ 000238

CENTURY0000187

**BARRON DBA LARRY'S OLD TIME TRADE DAYS**
*Winnie, Texas*
*Claim No. 01101303- MKA Project No. 2022.0396*



1.    Aerial photograph of the subject building taken from *Google Maps*, date unknown.



2.    General overview of the "Zee" purlin framing supporting the R-Panel metal roof..



3.      View showing a general overview of the R-Panel metal roofing.



4.      View showing the typical built-up tapered steel portal frames.



5.      View showing the typical bolted end plate moment connection at the center of the portal frames.



6.      View showing the overhang beams at the eave of the structure.

CENTURY0000189

CENTURY MSJ 000241



7.      View showing the standalone buildings built under the open air roof/cover.



8.      View showing the integrated concrete slab on grade floor and foundation system.



9.    View showing the differing age and condition roofing panels at the eastern end of the roof.  Red arrows indicate new roof panels.



10.    View showing the elastomeric paint applied over the panel seams and at fastener rows.

CENTURY0000191
CENTURY MSJ 000243



11.     Additional view showing the elastomeric paint applied at the panels seams and fastener rows.



12.     View showing the aged mastic repairs surrounding fasteners and panel seams.

CENTURY0000192

CENTURY MSJ 000244



13.    View showing the western end of the roofing and the lack of aged repairs and elastomeric paint.



14.    View showing the lack of generalized deformations, deflection, or warping of the roofing.



15.    View showing the lack of deformed, warped, or kinked metal "zee" purlins.



16.    Additional view showing the lack of deformed, warped, or kinked metal "zee" purlins.



17.     View showing the lack of deformation, warping, of excessive deflection to the built-up portal frames.

CENTURY0000195